THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DEJESUS,<br><br>　　　Plaintiff,<br><br>v.<br><br>WP COMPANY, LLC<br>d/b/a THE WASHINGTON POST,<br><br>　　　Defendant. | Civil Action No.: 13-cv-01101-JDB |

## DEFENDANT'S ITEMIZATION OF BILL OF COSTS

Defendant The Washington Post's Motion for Summary Judgment was granted on September 29, 2015.  *See* Dkt. Nos. 49, 50.  Pursuant to LCvR 54.1(d), Defendant now moves for the following costs.

**I.   Costs Incident to Taking Depositions Noticed by Plaintiff and Defendant**

| Exhibit A | Invoice Date | Invoice Number | Cost | Service |
|---|---|---|---|---|
| A-1 | May 22, 2014 | 559103 | $648.54 | 1 Certified Copy of Deposition of John Kennedy |
| A-2 | May 28, 2014 | 559307 | $593.14 | 1 Certified Copy of Deposition of Ethan Selzer |
| A-3 | June 10, 2014 | 560168 | $293.56 | 1 Certified Copy of Deposition of Jennifer Denise Taylor |
| A-4 | June 12, 2014 | 560362 | $339.00 | 1 Certified Copy of Deposition of Jennifer Legat |
| A-5 | June 13, 2014 | 51614-322351 | $1,215.30 | 1 Original and 1 Certified Copy of Deposition of Mary K. Phillips/Kimberly Linette Bolling and Court Reporter Fee |
| A-6 | June 16, 2014 | 052314-322467 | $871.55 | 1 Original and 1 Certified Copy of Deposition of Di-Onetta Briscoe DeJesus and Court Reporter Fee |
| A-7 | June 16, 2014 | 052214-322465 | $1,836.95 | 1 Original and 1 Certified Copy of Deposition of David Milton DeJesus and Court |

|       |               |               |          | Reporter Fee |
|-------|---------------|---------------|----------|--------------|
| A-8   | June 16, 2014 | 052814-322469 | $527.55  | 1 Original and 1 Certified Copy of Deposition of John Roberts and Court Reporter Fee |
| A-9   | June 19, 2014 | 560914        | $737.26  | 1 Certified Copy of Deposition of Noelle Wainwright |
| A-10  | June 19, 2014 | 052914-322644 | $993.65  | 1 Original and 1 Certified Copy of Deposition of Lynn Treadway and Reopened Deposition of David DeJesus and Court Reporter Fee |
| A-11  | October 1, 2014 | 568122      | $566.63  | 1 Certified Copy of Deposition of Sarah Bradley Warren |

**II. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in This Case**[1]

| Exhibit B | Invoice Date | Invoice Number | Cost | Service |
|-----------|--------------|----------------|------|---------|
| B-1 | May 14, 2014 | Page 43 of 57 | $38.60 | Exhibit Printing and Copying for Depositions of Mary K. Phillips and Kimberly Linette Bolling |
| B-2 | May 16, 2014 | Page 45 of 61 | $13.60 | Exhibit Printing and Copying for Depositions of Mary K. Phillips and Kimberly Linette Bolling |
| B-3 | May 21-22, 2014 | Page 45 of 61; Page 46 of 61 | $248.80 | Exhibit Printing and Copying for Depositions of Di-Onetta DeJesus and David DeJesus |
| B-4 | May 28, 2014 | Page 36 of 46 | $205.40 | Exhibit Printing and Copying Costs for Depositions of John Roberts and Lynn Treadway, and Reopened Deposition of David DeJesus |
| B-5 | May 29, 2014 | Page 46 of 62 | $25.20 | Exhibit Printing and Copying for Deposition of Lynn Treadway |

---

[1] The attached documentation of printing and copying costs contains redactions for costs unrelated to this matter, and for costs The Washington Post is not seeking to recover.

2

### III. Fees for Subpoena Service, Including Witness Fees

| Exhibit C | Invoice Date | Invoice Number | Cost | Cost After Deducting Excess Witness Fee and Check Issue Fee[2] | Service |
|---|---|---|---|---|---|
| C-1 | May 1, 2014 | 14-106723 | $361.55 | $310.00 | Capitol Process Services - Process of Service and Witness Fee to Mary K. Phillips |
| C-2 | May 12, 2014 | 14-107421 | $190.00 | $160.00 | Capitol Process Services - Process of Service and Witness Fee to Kimberly Bolling |
| C-3 | May 22, 2014 | 14-107815 | $382.50 | $340.00 | Capitol Process Services - Process of Service and Witness Fee to John Roberts |
| C-4 | May 23, 2014 | 14-107814 | $260.00 | $210.00 | Capitol Process Services - Process of Service and Witness Fee to Lynn Treadway |

### Total Costs

| Description | Cost |
|---|---|
| Deposition Transcript Costs | $8,623.13 |
| Printing and Copying Costs | $531.60 |
| Subpoena Costs and Witness Fees | $1,020.00 |
| **TOTAL** | $10,174.73 |

---

[2] Represents the cost after reducing the witness fee to $40 per day, as mandated by 28 U.S.C. § 1821(b), and removing the $10 check issue fee.

Dated:  October 19, 2015

 /s/ Jacqueline M. Holmes
Jacqueline M. Holmes (D.C. Bar No. 450357)
Eric Dreiband (D.C. Bar No. 497285)
Jennifer C. Everett (D.C. Bar. No. 991635)
Meghan Greenfield (D.C. Bar No. 992437)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)

Attorneys for Defendant, WP Company LLC