# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID DEJESUS,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**WP COMPANY LLC d/b/a THE WASHINGTON POST,**<br><br>　　Defendant. | Civil Action No. 13-1101 (JDB) |

## ORDER

Pursuant to the status conference held on this date, it is hereby

**ORDERED** that this case is **REFERRED** to Magistrate Judge Michael Harvey for the sole purpose of mediation for a period of sixty (60) days. In accordance with Local Civil Rule 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions. The parties shall promptly notify the Court if the case settles in whole or in part; it is further

**ORDERED** that all proceedings, including discovery, in this case are stayed until July 11, 2017; and it is further

**ORDERED** that a status conference is scheduled for July 11, 2017, at 9:30 a.m. in Courtroom 30A.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:  May 10, 2017