UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DEJESUS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WP COMPANY, LLC )<br>d/b/a THE WASHINGTON POST, )<br>)<br>    Defendant. )<br>) | Civil Action No.: 13-cv-01101-JDB |

**DEFENDANT WP COMPANY, LLC'S UNOPPOSED MOTION**
**TO CONTINUE STATUS CONFERENCE**

Defendant WP Company, LLC d/b/a The Washington Post ("The Post"), moves this Court to reschedule the status conference currently set for July 31, 2017, at 9:45 a.m. in Courtroom 30A.  Counsel for Plaintiff has consented to the continuance.

Counsel for The Post are scheduled for pre-planned family vacations the week of July 31, and therefore will be unable to appear for the status conference on the date scheduled.  This request is made in good faith, and not for purposes of delay.  The parties have reached a confidential settlement and are presently working through various administrative details necessary to effectuate it.

For the foregoing reasons, The Post respectfully requests that the Court reschedule the July 31, 2017, status conference for August 15, 16, 17, 18, or the next available date that the Court deems appropriate.

2

Dated: July 21, 2017                                  Respectfully submitted,

/s/ Jacqueline M. Holmes
Jacqueline M. Holmes (D.C. Bar No. 450357)
jholmes@jonesday.com
Eric S. Dreiband (D.C. Bar No. 497285)
esdreiband@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                      /s/ Jacqueline M. Holmes
                                                    Jacqueline M. Holmes