# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DEJESUS ) | |
| ) | Civil Action No. 1:13-cv-01101-JDB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WP COMPANY, LLC ) | |
| d/b/a THE WASHINGTON POST, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice, each party to bear its own costs and fees.

September 12, 2017

FOR THE PLAINTIFF:

/s/ Mayer Morganroth
Mayer Morganroth (D.C. Bar #MI0015)
Cherie Morganroth (D.C. Bar #MI0075)
MORGANROTH & MORGANROTH, PLLC
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
(248) 864-4000 (telephone)
(248) 864-4001 (facsimile)
mmorganroth@morganrothlaw.com
cmorganroth@morganrothlaw.com

FOR THE DEFENDANT:

/s/ Jacqueline M. Holmes
Jacqueline M. Holmes (D.C. Bar #450357)
Eric S. Dreiband (D.C. Bar #497285)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 (telephone)
(202) 626-1700 (facsimile)
jholmes@jonesday.com
esdreiband@jonesday.com

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2017, I electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

<u>/s/ Cherie Morganroth</u>
Cherie Morganroth